**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:21-cv-00046-SKC**

**IAN FUTCH, Individually and on Behalf
of All Others Similarly Situated,**

   Plaintiff,

**v.**

**COLORADO WEST REGIONAL MENTAL HEALTH, INC. (dba MIND SPRINGS
HEALTH, INC.) and COLORADO WEST, INC. (dba MIND SPRINGS, INC.),**

   Defendants.

---

**ORDER RE: Joint Motion for Approval of FLSA Settlement Agreement**

---

THIS MATTER having come before the Court on the Parties' Joint Motion for Approval of FLSA Settlement Agreement, and the Court being fully advised thereon,

**IT IS HEREBY ORDERED**:

the Parties' Settlement is **GRANTED** for the reasons and under the terms set forth in the Parties' Motion.

Dated this _____ day of _____ 2022.

     BY THE COURT:

     _____

1