# EXHIBIT 1



# FIRM RESUME

# ABOUT THE FIRM

Brown, LLC, founded in 2013, is an aggressive, methodical law firm headed by Jason T. Brown, a former Legal Advisor and Special Agent with the FBI. Mr. Brown is a distinguished trial attorney who has recovered tens of millions of dollars for his clients. Experienced and personable, Brown, LLC's litigation team works passionately to promote fairness in the judicial system and obtain justice for their clients. The firm is dedicated to providing the best possible representation for their clients through relentless pursuit of justice, non-stop work ethic, and emphasis on litigation fundamentals.

## REPRESENTATIVE MATTERS[1]

- *Atkinson et al. v. Teletech, L.L.C. et al.*, No. 14-cv-253 (S.D. Ohio) (appointed class counsel in nationwide wage-and-hour class and collective action settlement on behalf of roughly 20,000 at-home telephone customer service employees)

- *Barrett v. Northshore University HealthSystem*, 1:17-cv-09088 (N.D. Ill.) (appointed class counsel in wage-and-hour collective and class action settlement on behalf of roughly 900 call center workers)

- *Beasley v. Over Easy Management Inc., et al.*, No. 14-cv-00366 (E.D. Tenn.) (wage-and-hour collective action settlement on behalf of roughly 250 servers and cooks of a restaurant franchise operating in nine states)

- *Bernardez, et al. v. Firstsource Solutions USA, LLC*, No. 3:17cv613 (W.D. Ky.) (wage-and-hour collective action brought on behalf of hourly-paid patient service representatives)

- *Calnan, et al v. Veolia Energy North America LLC*, No. 1:12-cv-11412-WGY (D. Mass.) (wage-and-hour collective and class action on behalf of union workers who were allegedly not paid overtime)

- *Cerrato v. Alliance Material Handling Inc. et al*, No. 1:13-cv-02774-WDQ (D. Md.) (wage-and-hour collective action on behalf of forklift technicians who were allegedly not paid overtime)

- *Clark, et al. v. Bank of America Corporation*, No. 2:16-cv-02228-GMN-VCF (D. Nev.) (nationwide wage-and-hour collective action settlement covering roughly 1,400 call center workers)

- *Cobb, et al. v. Anthem, Inc.*, No. 1:20-cv-00820-SEB-DLP (S.D. Ind.) (wage-and-hour collective and class action brought on behalf of call center employees)

---

[1] Representative matters include matters that Mr. Brown was intimately involved in at prior firms as well as Brown, LLC.

1

- *Davidson v. Daimler Trucks North America LLC*, No. 3:19-cv-00543-RJC-DCK (W.D.N.C.) (wage-and-hour collective action brought on behalf of hourly-paid factory workers)

- *Dennis Slater v. Starteldm, LLC, et al.,* No. 2:13-cv-01092-LPL (W.D. Penn.) (appointed class counsel in wage-and-hour collective and class action brought on behalf of call center employees)

- *Downard, et al. v. Reno's, Inc., et al.*, No. 1:16-cv-00927 (W.D. MI.) (wage-and-hour collective action brought on behalf of restaurant employees)

- *Drummond, et al. v. Hartford Financial Services Group, Inc. et al*, No. 3:14-cv-01837 (D. Conn.) (nationwide wage-and-hour collective action brought on behalf of automobile service representatives)

- *Dunagan v. Ryder Integrated Logistics, Inc.*, No. 4:13-cv-03496 (S.D. Tex.) (wage-and-hour collective action brought on behalf of dispatchers allegedly misclassified as exempt employees)

- *English, et al. v. ALSCO, Inc.*, No. 1:16-cv-04910 (N.D. Ill.) (nationwide wage-and-hour collective action brought on behalf of delivery managers allegedly misclassified as exempt employees)

- *Eshelman, et al. v. Client Services, Inc., et al.*, No.: 0822-cv-00763 (22nd Judicial District, Mo Circuit Ct.) (wage-and-hour collective and class action brought on behalf of debt collection employees)

- *Fields v. Cardinal Autism Services LLC, et al.,* No. 1:20-cv-01277 (N.D. Ill.) (wage-and-hour collective and class action brought on behalf of behavioral therapists)

- *Garrett v. Toyota Motor Manufacturing Kentucky, Inc*., No. 5:18cv542 (E.D. Ky.) (appointed class counsel in wage-and-hour collective and class action brought on behalf of roughly 13,000 factory workers)

- *Gittens v. RM HQ LLC d/b/a Chevy's Fresh Mex, et al.*, No. 13-cv-04649 (S.D.N.Y.) (appointed class counsel in wage-and-hour collective and class action brought on behalf of restaurant employees)

- *Harding v. Revolution Prep, LLC*, No. 1:18-cv-00436-PK (E.D.N.Y.) (wage-and-hour collective action brought on behalf of academic advisors allegedly classified as exempt from overtime pay)

- *Hodge v. Signia Marketing, LTD, et al*., No.: 1:15-cv-02839 (D. Colo.) (wage-and-hour collective and class action brought on behalf of call center workers)

- *In Re Nuvaring® Products Liability Litigation*, No. 4:08-md-1964 RWS (E.D. Mo) (Member of the Plaintiffs' Steering Committee)

- *In Re: AON Corp. Wage & Hour Empl. Practices Litig.*, No. 2008-cv-05802 (N.D. Ill.) (wage-and-hour collective and class action)

- *Johnston et al. v. The Rawlings Co. LLC et al.,* No.: 08-CI-0800 (Oldham Cir. Ct., Ky) (wage-and-hour collective and class action)

- *Langer et al. v. DeWolff Boberg & Associates Inc.*, No.: 3:10-cv-00956 (N.D. Tex.) (wage-and-hour collective action)

- *Lambert, et al v. Sykes Enterprises Inc.*, No. 2011-cv-00850 (E.D. Ark.) (wage-and-hour collective and class action brought on behalf of call center employees)

- *McClure v. eviCore Healthcare, MSI, LLC*, No. 4:19-cv-03272-RLW (E.D. Mo.) (nationwide wage-and-hour collective action settlement on behalf of roughly 5,000 telephone customer service employees)

- *Mellow v. Adient US LLC*, No. 5:19-cv-00212 (E.D. Ky.) (appointed class counsel in wage-and-hour class action on behalf of factory workers who were allegedly not paid proper shift differentials)

- *Orakwue et al v. Selman Associates, LTD, et al*., No. 2013-cv-00052 (W.D. Tex.) (wage-and-hour collective action brought on behalf of mudloggers allegedly misclassified as exempt employees)

- *Parker et al v. IAS Logistics DFW, LLC*, 1:20-cv-05103 (N.D. Ill.) (nationwide wage-and-hour collective and class action brought on behalf of hourly-paid logistics workers)

- *Robertson, et al. v. Trinity Packaging Corporation*, No. 1:19cv659 (W.D.N.Y.) (wage-and-hour collective and class action brought on behalf of hourly-paid factory workers)

- *Sears, et al. v. Mid Valley Enterprises, LLC, et al.*, No. 2:19-cv-00532-APG-DJA (D. Nev.) (wage-and-hour collective action brought on behalf of courtesans allegedly misclassified as independent contractors)

- *Shaver v. Gills Eldersburg, Inc. et al*, No. 1:14-cv-03977-JMC (D. Md.) (wage-and-hour collective and class action brought on behalf of restaurant employees)

- *Smith v. Oakley Transport, Inc. et al*., 8:20-cv-00417 (M.D. Fla.) (appointed class counsel in wage-and-hour class action brought on behalf of truck drivers based on work performed in California)

- *Smith v. Temple University*, No. 2:18-cv-00590-CMR (E.D. Penn.) (appointed class counsel in class action brought on behalf of students enrolled in Temple Fox School of Business Online MBA program, who alleged Temple intentionally falsified admissions data in order to inflate its U.S. News ranking)

- *U.S. ex rels. Lafleur and Vause v. GenomeDx Biosciences*, 17-CV-1959-L-WVG (S.D. Cal.) (*qui tam* lawsuit under the False Claims Act and California Insurance Fraud Prevention Act recovering Medicare and private insurance monies for the government, private insurance, and the relators).

- *U.S. ex rel. Moore v. Carolina Physical Therapy and Sports Medicine,* 3:17-cv-01952-CMC (D.S.C.) (*qui tam* lawsuit under the False Claims Act recovering monies for the government and the relator).

- *U.S. ex rel. Nutter v. Beaver Medical Group, et al.*, 17-cv-02035 (C.D. Cal.) (*qui tam* lawsuit under the False Claims Act recovering Medicare monies for the government and the relator).

- *U.S. and TX ex rel. Raymond v. Bruce Wardlay, M.D., et al.*, 3:18-CV-1964-M (N.D. Tex.) (*qui tam* lawsuit under the False Claims Act recovering monies for the government and the relator).

- *U.S. ex rel. Reiches v. Vahid G. Hagee, D.D.S.,* 2:16-cv-1185 (SD Ohio) (*qui tam* lawsuit under the False Claims Act recovering monies for the government and the relator).

- *Voss v. Alcon Laboratories, Inc.,* 16-cv-01040 (D. Minn.) (nationwide wage-and-hour collective action brought on behalf of field service engineers allegedly misclassified as exempt employees)

# OUR ATTORNEYS

*Jason T Brown*
Senior Litigator
Founder and Head of the Firm

**Federal Bar Admissions**

- N.D. Fla.
- E.D. Mi.
- W.D. Mi.
- N.D. Ill.
- D.N.J.
- E.D.N.Y.
- S.D.N.Y.
- N.D.N.Y.
- W.D.N.Y.
- N.D. OH.
- E.D. Pa.
- W.D. Pa.
- M.D. Pa.
- W.D. Wis.
- E.D. Wis.
- 1st Cir.
- 3rd. Cir.

**State Bar Admissions**

- District of Columbia
- Illinois
- Michigan
- New Jersey
- New York
- Pennsylvania

**Education**
Rutgers School of Law-Camden, *Juris Doctor*, 1996 *(cum laude)*

Jason T. Brown is the founder and head of Brown, LLC, and the firm's senior litigator. He has been practicing law for roughly twenty-five (25) years, since 1996, often handling complex civil ligation such as *qui tam* and class actions with many class and collective actions certified, at times, settled and at other times taken to disposition, including jury trials. He has successfully litigated collective and class actions nationwide as the lead counsel in state and federal proceedings with each case having its own level of complexity and has recovered tens of millions of dollars for classes and individuals.

In the past he served as a Legal Advisor and Special Agent for the Federal Bureau of Investigation (FBI) and also as a judicial law clerk to a Superior Court Judge.

*Zijian ("Coco") Guan*
Associate
Chair, Mass Tort Department

**Federal Bar Admissions**
- E.D.N.Y.
- S.D.N.Y.
- D.Colo.

**State Bar Admissions**
- 
- New York

**Education**
- Fordham University School of Law, *L.L.M.,* 2010 (*magna cum laude*)
- Beijing Foreign Studies University, Bachelor of Laws (*L.L.B.*), 2009

Zijian "Coco" Guan, primarily works on class and collective actions and mass torts. Ms. Guan's representative matters include: (1) successful and ongoing representation of plaintiffs who sustained blood clots (i.e., deep vein thrombosis, pulmonary embolism) as a result of using Yaz,

5

Yasmin, Gianvi, Ocella, and NuvaRing birth control; (2) successful representation of plaintiffs who suffered from bladder cancer as a result of using the diabetes medication Actos; (3) successful recovery for plaintiffs employed as customer service representatives, field geologists (mud loggers), insurance representatives, restaurant workers, dispatchers, and sales associates in wage and hour class actions for unpaid overtime compensation; (4) successful representation of plaintiffs in employment discrimination matters; (5) successful representation of plaintiffs who sustained catastrophic injuries from motor vehicle accidents.

### *Nicholas Conlon*
Associate
Chair, Wage and Hour Department

**Federal Bar Admissions**
- D. Colo.
- E.D. Mi.
- W.D. Mi.
- N.N.D.
- E.D.N.Y.
- S.D.N.Y.
- W.D. Wis.
- E.D. Wis.

**State Bar Admissions**
- New Jersey
- New York

**Education**
Benjamin N. Cardozo School of Law, *Juris Doctor*, 2012

Nicholas Conlon has been an Associate for Brown, LLC since 2014 and currently serves as the chair of the firm's wage-and-hour department. He has served lead or co-lead counsel in over 100 wage and hour cases in over 30 federal jurisdictions. Many of these cases involved mass litigation, either as an FLSA collective action, a Fed. R. Civ. P. 23 class action, or a hybrid of the two. In addition to wage-and-hour cases, Mr. Conlon has broad experience with employment law and has handled cases asserting claims under the Fair Credit Reporting Act, the WARN Act, COBRA, the Illinois Biometric Privacy Act, and Title VII.

### *Patrick ("Pat") Almonrode*
Associate
Chair, *Qui Tam* (Whistleblower) Department

**Federal Bar Admissions**
- D. Col.
- E.D.N.Y.
- S.D.N.Y.
- Fed. Cir.

**State Bar Admissions**
- New York

**Education**
Fordham University School of Law, *Juris Doctor,* 2004 (*cum laude*)

Patrick "Pat" Almonrode has spent years litigating tirelessly to protect his clients' rights. After a successful career as a visual artist, he attended Fordham University School of Law, where he earned his Juris Doctorate with *cum laude* honors. He later clerked for Barbara S. Jones, a Judge of the Federal District Court of the Southern District of New York.

Mr. Almonrode has experience in general commercial litigation, having worked at two mid-size New York firms. He also has experience in civil rights litigation as he served as a staff attorney at Children's Rights, where he helped litigate several large class action lawsuits on behalf of abused and neglected foster children.

At Brown, LLC, his main focus is on "whistleblower" lawsuits on behalf of individuals reporting fraud against the government. He approaches all of his cases – big and small – with diligence, care, and a passion for justice. He is also a member of the Association of the Bar of the City of New York and the New York County Lawyers Association.

### *Benjamin Lin*
Associate

**Federal Bar Admissions**
- D.N.J.
- D.Colo.
- C.D.Cal.
- E.D.Cal.
- N.D.Cal.
- S.D.Cal.

**Education**
Columbia Law School, *Juris Doctor*, 2016

**State Bar Admissions**
- New Jersey
- California

Benjamin Lin is focused on representing plaintiffs in whistleblower litigation, also known as *qui tam* litigation, addressing fraud upon the government, securities fraud, and tax fraud. He also works on employment matters including wage and hour litigation under the Fair Labor Standards Act and overtime rights. He is diligent and relentless on behalf of his clients.

### *Terence Park*
Associate

**State Bar Admissions**
- New York

**Education**
New York University School of Law, Juris Doctor, 2018

Terence Park is an attorney handling qui tam "whistleblower" litigation under the False Claims Act and various other litigation matters.  Prior to joining Brown, LLC, he worked as a law clerk for the Second Circuit Court of Appeals.  He is passionate about civil rights law and conscientious about the needs of his clients.

### *Eric Sands*
Associate

**State Bar Admissions**
- New York

**Education**
Benjamin N. Cardozo School of Law, Juris Doctor, 2016

Eric Sands represents plaintiffs in employment matters, individually and in the class and collective action context, including wage and hour litigation such as FLSA and overtime rights. After graduating from New York University, Eric attended Benjamin N. Cardozo School of Law. Prior to joining Brown, LLC in 2021, Eric worked in civil litigation specializing in casualty and commercial litigation.

*Edmund C. Celiesius*
Associate

| **Federal Bar Admissions** | **State Bar Admissions** |
|---|---|
| • E.D. Pa. | • Pennsylvania |
| • M.D. Pa. | • New Jersey |
| • D.N.J. | |
| | **Education** |
| | Widener Delaware School of Law, *Juris Doctor*, 2018 |

Edmund C. Celiesius has been an Associate for Brown, LLC since 2021 and currently serves in the firm's wage-and-hour department. Mr. Celiesius has focused his career in labor and employment law representing both employees and employers under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Family and Medical Leave Act, the Age Discrimination in Employment Act, the Fair Labor Standards Act, and state equivalents. Additionally, Mr. Celiesius has represented employees and employer with respect to wage and hour class/collective actions.

# OTHER STAFF

*Helen Cheng*
Senior Manager

Helen Cheng has worked for Brown, LLC as a Financial Analyst/Paralegal since the firm was founded in 2013. Ms. Cheng is a Chartered Financial Analyst®, a prestigious professional designation for the top tier of financial professionals which takes many years of experience and often four to seven years of independent study to earn. She received a Bachelor of Arts from Mount Holyoke College and an advanced Master of Arts in Finance and Economics from Duke University and has more than a decade of experience working for major Wall Street financial firms, where she specialized in financial engineering and risk management. Ms. Cheng formerly was Director of Risk Management for a major financial company with global presence and thousands of employees. She assists with the formulation of accurate damage models, financial landscaping of parties and assessing other fiscal matters attendant to the litigation.

*Vanessa Reyes*
Administrative Assistant

Vanessa Reyes is a Legal Administrative Assistant and Intake Specialist for Brown, LLC. She assists in many important tasks for both the Mass Tort and Wage and Hour Departments. Her primary focus at the firm is to gather and evaluate all necessary records along with team administrators to analyze the viability of client's potential legal claims. She is fluent in English and Spanish and enjoys speaking with clients about their cases and making sure they receive the attention they deserve. She is passionate and devoted to preserve the rights for clients who were wrongfully treated.

***Angiee Rosario***
Administrative Assistant

Angiee Rosario is a Legal Administrative Assistant for the Qui Tam Department and Team Lead for Mass Tort Department, overseeing and directly working on matters such as Xarelto, IVC, Talcum Powder/Ovarian Cancer, and Hernia Mesh. Angiee also assists with other important matters as well and is very client oriented. She graduated from New Jersey City University, with a B.A. in Criminal Justice and a Pre-Law minor. She completed her education with the law at the graduate level at John Jay College of Criminal Justice with an M.A. in International Crime & Justice and holds an advanced certificate in Transnational Organized Crime Studies. She is fluent in English and Spanish. She is organized and motivated in helping people obtain justice.

***Osmara Suazo***
Administrative Assistant

Osmara Suazo is a Legal Administrative Assistant and Intake Specialist for the Wage and Hour Department at Brown, LLC. She graduated from Marymount Manhattan College with a B.A. in Political Science and a minor in International Studies. Her passion for helping others has led her to pursue a career in law, with the future goal of becoming an Attorney. She is fully committed in assuring that clients receive the best possible assistance and obtain the justice they deserve.

***Caitlin Keating***
Administrative Assistant

Caitlin Keating is a Legal Administrative Assistant working in the Wage and Hour Department, as well as supporting other teams. She graduated from Rutgers University with a B.A. in Criminal Justice and a minor in Art History. She is greatly invested and passionate in working hard for the client to ensure they obtain justice. It is that commitment which fuels her work ethic.

***Wascar Guerrero***
Administrative Assistant

Wascar Guerrero is a Legal Administrative Assistant for the Wage and Hour Department. He graduated from New Jersey City University with a B.S. in National Security Studies. He also has a legal background in matters such as Personal Injury and Civil Rights. Wascar takes pride in handling the needs of the client, and evidences extreme patience and persistence in explaining the legal process. He is fluent in English and Spanish.

***Bridget Pepe***
Administrative Assistant

Bridget Pepe is a Legal Administrative Assistant for the Mass Tort Department. She graduated from Rutgers University with a B.A. in Political Science and a minor in Global Politics. She enjoys working with people and is eager to assist in the legal process. Bridget is dedicated to making sure clients are assisted with diligence and compassion.