**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00046-SKC

IAN FUTCH, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiff,

v.

COLORADO WEST REGIONAL MENTAL HEALTH, INC. (dba MIND SPRINGS HEALTH, INC.) and COLORADO WEST, INC. (dba MIND SPRINGS, INC.),

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each Party shall bear its own costs, fees (including attorneys' fees) and expenses.

Dated this 25th day of February 2022.

                              BECHTEL & SANTO

                              *s/ Molly K. Reinhardt*
                              Michael C. Santo, #24083
                              Molly K. Reinhardt, #54046
                              205 N. 4th Street, Suite 401
                              Grand Junction, CO 81501
                              Telephone: (970) 683-5888
                              Facsimile: (970) 683-5887
                              santo@bechtelsanto.com
                              reinhardt@bechtelsanto.com
                              Attorneys for Defendants

BROWN, LLC

*s/ Nicholas Conlon*
Nicholas Conlon
Jason T. Brown
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: (877) 561-0000
Facsimile: (855) 582-5297
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Stipulation of Dismissal with Prejudice** was served this 25th day of February 2022, via the CM/ECF electronic filing system, to the following:

Nicholas Conlon
Jason T. Brown
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: (877) 561-0000
Facsimile: (855) 582-5297
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com
*Attorneys for Plaintiff*

    *s/ Molly Reinhardt*
    Molly Reinhardt, attorney